Harry Edison HACKWORTH, Appellant, v. UNITED STATES of America.

No. 14290.

United States Court of Appeals Eighth Circuit.

Jan. 10, 1951.

Harry Edison Hackworth, pro se.

Drake Watson, U. S. Atty., and William J. Costello, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee.

Albert C. LAUN, Appellant, v. UNION ELECTRIC COMPANY OF MISSOURI, a corporation (Substituted for Mississippi River Power Company, a corporation), and Union Electric Power Company, a corporation (Substituted for Union Electric Company of Illinois, a corporation).

No. 14245.

United States Court of Appeals Eighth Circuit.

Jan. 4, 1951.

Thomas C. Hennings, Jr., J. Porter Henry and Robert D. Evans, all of St. Louis, Mo., for appellant.

Jacob M. Lashly and Israel Treiman, St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court in 92 F.Supp. 177, dismissed, on motion of appellee.

Aquilla REDDITT et al., Petitioners, v. Thomas C. TRIMBLE, Judge of the United States District Court for the Eastern District of Arkansas, Jonesboro Division, at Jonesboro.

No. 14284.

United States Court of Appeals Eighth Circuit.

Jan. 15, 1951.

Thomas F. Turley, Jr., Memphis, Tenn., for petitioners.

PER CURIAM.

Petition for writ of mandamus dismissed on the ground that the petition fails to state facts sufficient to justify the issuance of a writ of mandamus, and for the reason that it appears upon the face of the petition that petitioners appear to have abandoned their remedies in the Courts of the State of Arkansas rather than to have exhausted the remedies there available to them.